81 So.3d 1018 (2011)
ALEXANDER
v.
NORFOLK SOUTHERN CORP.;
CAGER
v.
NORFOLK SOUTHERN R. CO.;
NOBLE
v.
NORFOLK SOUTHERN R.R. CORP.;
COLIN
v.
NORFOLK SOUTHERN CORP.;
CONGRESS
v.
CELTRAN INC.
Nos. 2011-CA-0452, 2011-CA-0453, 2011-CA-0454, 2011-CA-0455, 2011-CA-0456.
Court of Appeal of Louisiana, Fourth Circuit.
November 16, 2011.
BAGNERIS, J.

DECISION WITHOUT PUBLISHED OPINION
Affirmed.